# Court of Appeals
# of the State of Georgia

ATLANTA,  August 08, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1657. FELICIA NEAL-ANDREWS v. ACE HOMES, LLC.

The magistrate court issued a dispossessory judgment in favor of Ace Homes, LLC, and against Felicia Neal-Andrews. Neal-Andrews appealed to superior court. The superior court entered judgment in favor of Ace Homes, and Neal-Andrews filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1),[1] (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Neal-Andrews's failure to follow the

---

[1] Although the language in this code section has been amended, effective July 1, 2023, the version cited here applies to this case because Neal-Andrews appealed to superior court before July 1, 2023. See Ga. L. 2023, p. 728, § 5 (providing, in part, that the amendment to OCGA § 5-6-35 (a) (1) applies to petitions for review filed in superior or state court on or after July 1, 2023).

proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,*　*08/08/2023*

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*